AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court

for the
Western District of New York

United States of America

v.

EDUARDO JOSE MARTINEZ-ESCOBAR

*Defendant*

Case No. 26-MJ- 177

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 19, 2026, in the County of Monroe, in the Western District of New York, the defendant, **EDUARDO JOSE MARTINEZ-ESCOBAR,** an alien, did knowingly commit the offense of possession of a forged, counterfeit, altered, or falsely made United States of America Lawful Permanent Resident Card, in violation of Title 18, United States Code, Section 1546(a).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

Anthony J. Casullo Jr.
*Complainant's signature*

ANTHONY J. CASULLO JR.
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS
*Printed name and title*

Sworn to before me and signed telephonically.

Date: August 25, 2026

H. Kenneth Schroeder, Jr.
*Judge's signature*

City and State: Buffalo, New York

HONORABLE H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

STATE OF NEW YORK )
COUNTY OF ERIE ) SS:
CITY OF BUFFALO )

ANTHONY J. CASULLO JR, being duly sworn, deposes and states:

**INTRODUCTION**

1. I am a Special Agent (SA) with Homeland Security Investigations ("HSI"), Special Agent in Charge ("SAC") Buffalo, New York (NY) within the Department of Homeland Security ("DHS") and have been so employed since October 5, 2025. Prior to that I was an SA with the Drug Enforcement Administration ("DEA") for approximately 22 years and an Immigration Inspector with the Immigration and Naturalization Service ("INS") for approximately six (6) years. In this capacity, my duties include investigating individuals suspected of violating federal immigration laws and other related federal statutes.

2. As part of my current duties, I have investigated violations of the Immigration and Nationality Act and violations of the United States Code, in particular, Title 18, United States Code, Section 1546(a).

3. I make this affidavit in support of a criminal complaint charging Eduardo Jose MARTINEZ-ESCOBAR (hereinafter referred to as the "defendant"), an alien born in 2004 in Honduras and currently a citizen of Honduras, with knowingly possessing a forged,

counterfeit, altered, or falsely made United States Lawful Permanent Resident Card, which is prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, in violation of Title 18, United States Code, Section 1546(a).

4. The statements contained in this affidavit are based upon my personal knowledge and upon information provided to me by other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant knowingly violated Title 18, United States Code, Section 1546(a).

**PROBABLE CAUSE**

5. On August 19, 2026, at approximately 6:00 a.m., Immigration and Customs Enforcement ("ICE") Enforcement and Removal Operations ("ERO") officers were conducting surveillance at 3990 West Henrietta Road, Rochester, New York. 3990 West Henrietta Road was the last known address of a target of investigation currently present in the United States without legal status.

6. At approximately 6:13 a.m., officers observed four male subjects exit the address and enter a white pickup truck bearing a Maryland license plate. At this time, officers observed an individual matching the target of the investigation. The subjects drove across the street to a gas station, where officers approached them and identified themselves as ICE ERO

officers with ICE/Police identifiers on their outer clothing. All four subjects attempted to flee on foot from the officers but were quickly apprehended.

7. Using Mobile Fortify and other law enforcement databases, ICE ERO officers identified one of the subjects as Eduardo Jose MARTINEZ-ESCOBAR, country of birth and citizenship Honduras. Based on immigration database checks, officers determined that the defendant had no lawful status in the United States. At approximately 6:30 a.m., the defendant was taken into custody, served with an I-200, and transported to the Buffalo Federal Detention Facility ("BFDF") for further processing.

8. At BFDF, ERO Officer Larry Judd processed the defendant and found what he believed to be a fraudulent Lawful Permanent Resident Card in the defendant's wallet. The card bore the defendant's name and photograph. Officer Judd transferred custody of the suspected fraudulent document to Supervisory ERO Officer Mike Edwards at approximately 10:00 a.m.

9. On August 20, 2026, at approximately 10:30 a.m., I took custody of and secured the suspected fraudulent document from ERO Supervisor Edwards at BFDF.

10. At approximately 2:33 p.m., I and ERO Officer Frank Torres, who speaks fluent Spanish, handed the defendant a Spanish Notice of Rights form. The defendant read the form, said he understood his rights, and signed the form agreeing to speak with us. Officer

Torres translated my questions into Spanish for the defendant. At this time, in sum and substance, the defendant provided the following information: the defendant obtained the suspected fraudulent document for $160 from a co-worker in Maryland who was in the United States illegally; the defendant purchased the document so he could work in the United States; he did not apply for a legal document to work in the United States because he needed the document right away to work; the defendant initially said he did not know the document was fake but subsequently admitted it was; he said he was scared and did not want to get into trouble; and when he purchased the document, the defendant was told not to show it if he got caught by the police.

11. On August 24, 2026, I conducted a Central Index System query of the Alien number on the suspected fraudulent Lawful Permanent Resident Card and determined that it was assigned to another individual and not the defendant. Based on my training and experience, and based on the mismatch between the Alien number on the card and MARTINEZ-ESCOBAR's identity, I believe that the card was forged, counterfeit, altered, falsely made, fraudulently procured, or unlawfully obtained.

12. Wherefore, I respectfully submit that the foregoing facts establish probable cause to believe that, on or about August 19, 2026, in the Western District of New York, the defendant, an alien, knowingly possessed a forged, counterfeit, altered, or falsely made United States Lawful Permanent Resident Card, which is prescribed by statute or regulation for entry

into, or as evidence of authorized stay or employment in, the United States, in violation of Title 18, United States Code, Section 1546(a).

Anthony J. Casullo Jr.

ANTHONY J. CASULLO JR.
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Subscribed to and sworn telephonically
on this 25th day of August, 2026.

H. Kenneth Schroeder, Jr.

HONORABLE H. KENNETH SCHROEDER, JR.
United States Magistrate Judge